## LEWIS v. CHICKASAW COUNTY.

1. **Mechanic's Lien:** COUNTY BUILDING.   A mechanic's lien cannot be established against a building owned by a county and used for county purposes.

*Appeal from Chickasaw District Court.*

FRIDAY, DECEMBER 13.

ACTION to establish a mechanic's lien.   The petition shows that the defendant county entered into a contract with certain persons to erect a building for county purposes; that the contractors employed the plaintiff to furnish the brick for the building; that the plaintiff furnished the brick, and that.

the contractors are indebted to him therefor in the sum of two hundred and fifty-eight dollars and fifty cents. The petition also shows that the plaintiff has taken all the steps necessary to establish his mechanic's lien upon the building as a sub-contractor, and has a mechanic's lien upon the building, providing a mechanic's lien can be established against a building owned and held by the county for county purposes. The defendant demurred to the petition, and the demurrer was sustained. Plaintiff appeals.

*Hiram Shaver*, for appellant.

*H. H. Potter*, for appellee.

ADAMS, J.—Under the rule held in *Loring & Co. v. Small et al.*, 271, *post*, decided at the present term, a mechanic's lien cannot be established against a building owned by a county and used for county purposes. The demurrer, therefore, was properly sustained.

AFFIRMED.